IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN WITHERS                                                                                   PLAINTIFF

v.                                            No. 4:11-cv-669-DPM

LEON JOHNSON and
PULASKI COUNTY, ARKANSAS                                                        DEFENDANTS

JUDGMENT

Withers's federal age discrimination claims, his state law claims against all parties, and his individual-capacity claims against Johnson under the Rehabilitation Act and the ADA are dismissed without prejudice. All his remaining claims are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013